UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00144-1 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES PHILLIPS a/k/a KALEEM MUSTAFAA | MAGISTRATE JUDGE HAYES |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 102] having been considered, along with the objections [Doc No. 107] thereto and the entire record in this matter, and finding that the Magistrate Judge's analysis and conclusion are correct under the law,

**IT IS ORDERED** that the Motion to Suppress, [Doc. No. 55] filed by Defendant James Phillips is hereby **DENIED**.

MONROE, LOUISIANA, this 13st day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE