# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   14-0144-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JAMES PHILLIPS<br>a/k/a KALEEM MUSTAFAA | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of the defendant, James Phillips, and adjudges him guilty of the offense charged in Count Four of the indictment against him, reserving his right to appeal the adverse ruling on his motion to suppress

In Chambers, at Monroe, Louisiana, this 13ᵗʰ day of May, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE