# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00144-1 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JAMES PHILLIPS a/k/a KALEEM MUSTAFAA | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 167] having been considered, together with the written objections thereto filed with this Court [Doc. No. 169], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant James Phillips' Motion to Vacate, Set Aside, or Reduce Sentence, pursuant to 28 U.S.C. § 2255, is **DENIED.**

**MONROE, LOUISIANA, this 31st day of August, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE